UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Anthony Cooper,

    Petitioner,

        v.                        Case No. 1:18cv028

Warden, Pickaway
Correctional Institution,                  Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 12, 2019 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 13) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 13) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Respondent's Motion to Dismiss (Doc. 9) is **DENIED** and the Petition (Doc. 1) is administratively **STAYED** and **TERMINATED** pending Petitioner's exhaustion of his Ohio remedies.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court